HALL, Respondent, v. FERRO MACHINE & FOUNDRY CO., Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Francis G. Hall, Jr., against the Ferro Machine & Foundry Company. A. S. Hamlin, for appellant. R. S. Palmer, for respondent. No opinion. Order modified, so as to reduce amount specified in attachment to

$1,901.87, and, as modified, affirmed, without costs. Order filed.